Steve Burnell (CA Bar No. 286557)
steve.burnell@gmlaw.com
**GREENSPOON MARDER LLP**
1875 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: 213.626.2311
Facsimile: 954.771.9264

Attorneys for Plaintiff
Howard M. Ehrenberg, Chapter 7 Trustee



**FILED & ENTERED**

**FEB 20 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** penning **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>626 HOSPICE, INC.,<br><br>    Debtor. | Case No. 2:22-bk-12904-SK<br><br>Chapter 7<br><br>Adv. No. 2:25-ap-01008-SK |
| HOWARD M. EHRENBERG, Chapter 7 Trustee,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERICAN EXPRESS NATIONAL BANK, AMERICAN EXPRESS COMPANY, dba American Express, and AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., dba American Express,<br><br>    Defendants. | **ORDER APPROVING STIPULATION TO CONTINUE COMPLAINT RESPONSE DEADLINE AND STATUS CONFERENCE**<br><br>Related to AP Docket no. 7__<br><br>**Status Conference:**<br>Date:    March 19, 2025<br>Time:    9:00 a.m.<br>Place:    Courtroom 1575<br>         Edward R. Roybal Federal<br>         Building & Courthouse<br>         255 E. Temple Street<br>         Los Angeles, CA 90012<br><br>**Continued Status Conference:**<br>Date:    To be set<br>Time:    To be set<br>Place:    Courtroom 1375<br>         Edward R. Roybal Federal<br>         Building & Courthouse<br>         255 E. Temple Street<br>         Los Angeles, CA 90012 |

The Court, having reviewed and considered the *Stipulation to Continue Complaint Response Deadline And Status Conference* ("**Stipulation**") [AP Docket no. 7], entered into by and between, Plaintiff Howard M. Ehrenberg, the Chapter 7 trustee ("**Plaintiff**") for the bankruptcy estate of 626 Hospice, Inc., on the one hand, and defendants American Express National Bank, American Express Company and American Express Travel Related Services Company, Inc. (collectively, "**Defendants**"), on the other hand, through their respective counsel, and having determined that notice is proper, and for good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved;

2. Defendants' deadline to respond to the First Amended Complaint is hereby continued from February 18, 2025 to, and including, March 20, 2025; and

3. The Status Conference set for March 19, 2025 at 9:00 a.m. is hereby continued to June 2025. In light of the impending reassignment of this matter to Judge Brand, Plaintiff is ordered to contact Judge Brand's courtroom deputy or chambers after April 1, 2025 to set a new date for the continued Status Conference.

###

Date: February 20, 2025

Sandra R. Klein
United States Bankruptcy Judge